RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Bryan David Rhoads

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRYAN DAVID RHOADS,<br><br>  Defendant. | Case No. 2:19-mj-00554-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING AND SENTENCING MEMO DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Bryan David Rhoads, that the Sentencing Hearing currently scheduled on April 1, 2020 and the associated sentencing memorandum deadline, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Pursuant to an order of Chief Judge Miranda Du, the "Court is striving to eliminate in-person court appearances" due to the COVID-19 outbreak and expanding infection

rate in Nevada. General Order 2020-04 at 3. As a result, the Court has closed the Clerk's Office to the public and is attempting to close the courtrooms to in-person hearings unless necessary. *Id.*;

2. This sentencing hearing is a substantive hearing in this criminal case and Mr. Rhoads would like to be present and speak to the Court in person;

3. The parties agree that the deadline for filing a sentencing memorandum should also be continued until at least 5 business days before the sentencing hearing pursuant to LCR 32-1(d);

4. Defendant is not incarcerated and does not object to a continuance.

This is the first request for continuance of the sentencing hearing filed herein.

DATED this 23rd day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Robert E. O'Brien*<br>By_____<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | */s/ Rachel Kent*<br>By_____<br>RACHEL KENT<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRYAN DAVID RHOADS,<br><br>  Defendant. | Case No. 2:19-mj-00554-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on April 1, 2020 at the hour of 8:45 a.m., be vacated and continued to July 15, 2020, at 8:45 a.m. The deadline for filing a sentencing memorandum is extended to July 1, 2020.

DATED: March 24, 2020.

UNITED STATES MAGISTRATE JUDGE